2007–2165.   Wiedemann v. Sky Bank, Inc.
Greene App. No. 2007CA0017, 2007-Ohio-5373.

2007–2168.   State v. Alexander.
Franklin App. No. 06AP–986.

2007–2172.   State v. Jones.
Hamilton App. No. C–060512, 2007-Ohio-5458.

2007–2174.   Ronske v. Heil Co.
Stark App. No. 2006–CA–00168, 2007-Ohio-5417.

2007–2179.   State v. Rhoads.
Hancock App. No. 5–07–10, 2007-Ohio-5386.

2007–2184.   Grimme v. Twin Valley Community Local School Dist. Bd. of Edn.
Preble App. No. CA2006–08–019, 173 Ohio App.3d 460, 2007-Ohio-5495.

2007–2187.   State v. Hitchcock.
Cuyahoga App. No. 88896, 2007-Ohio-5059.

2007–2190.   O'Brien v. O'Brien.
Franklin App. No. 07AP–313, 2007-Ohio-5448.

2007–2192.   Cox v. Cardiovascular Consultants, Inc.
Stark App. No. 2006 CA 00389, 2007-Ohio-5468.

2007–2201.   Wazevich v. Tasse.
Cuyahoga App. No. 88938, 2007-Ohio-5062.
  LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

2007–2204.   State v. Carovillano.
Hamilton App. Nos. C–060658 and C–060659, 2007-Ohio-5459.

2007–2205.   Medallion Group, Ltd. v. Delaware Cty. Bd. of Revision.
Delaware App. No. 07CAH02011, 2007-Ohio-5513.
  O'DONNELL, J., dissents.

2007–2218.   State v. Williams.
Hamilton App. No. C–060785.

2007–2224.   Hahn v. Groveport.
Franklin App. No. 07AP–27, 2007-Ohio-5559.
  LUNDBERG STRATTON, J., not participating.

2007–2229.   Nunnari v. Paul.
Lucas App. No. L–06–1281, 2007-Ohio-5591.

2007–2233.   U.S. Bank, N.A. v. Stewart.
Montgomery App. No. 21775, 2007-Ohio-5669.

2007–2234.   State v. Walters.
Franklin App. No. 06AP–693, 2007-Ohio-5554.

2007–2237.   State v. Yslas.
Miami App. No. 05CA43, 173 Ohio App.3d 396, 2007-Ohio-5646.
  O'DONNELL, J., dissents.

2007–2240.   State v. Smith.
Lucas App. No. L–05–1350, 2007-Ohio-5592.

2007–2243.   State v. Tate.
Lorain App. No. 07CA009246.

2007–2244.   State v. Tyler.
Trumbull App. No. 2007–T–0073, 2007-Ohio-5611.